Teresa LaVerne Harris PhD
11901 E. 62nd Terrace
Kansas City, MO 64133
(816) 516-9315

```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

     DEC 1 5 2023

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Teresa LaVerne Harris PhD,

                Plaintiff,

v.

CVS-Aetna,

                Defendant(s).

CASE NUMBER: **CV23-02618-PHX-SMM**

**COMPLAINT**

## Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331. This employment discrimination lawsuit is based on.

1. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 'a7'a7 2000e, et. seq., for employment discrimination on the basis of race, color, religion, gender, or national origin.

2. Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 'a7'a7 621, et. seq., for employment discrimination on the basis of age (age 40 or older).

The plaintiff is a (REMOTE-CVS WORKER) and resident of Kansas City, MO; Jackson County, and a citizen of the United States. The defendant, CVS-Aetna, is a resident of Phoenix, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Employment Discrimination Complaint

The conduct complained of in this lawsuit involved the following:

Failure to hire me; Termination of my employment; Failure to promote me; Retaliation; Terms and conditions of employment differ from those of similar employees; Harassment.

The conduct(s) above is referred to in the charge of discrimination. I believe I was discriminated against because of my:

Race; Religion; Color; Gender; Age

The reason(s) above is referred to in the charge of discrimination. The discriminatory conduct occurred at the defendant's address on 11/15/2021-03/03/2023. The reason(s) above is referred to in the charge of discrimination. The discriminatory conduct occurred at the defendant's address on 11/15/2021 - 03/03/2023. The reason(s) above is referred to in the charge of discrimination. The discriminatory conduct occurred at the defendant's address on 11/15/21 thru 03/03/2023. VP-Paul Cavanaugh - Created an extremely brutal and hostile work environment. When I reported Paul Cavanaugh and Sherrie Finelle's behavior to my direct report; Rajesh Johnson (RJ); Paul told me that he is blocking me from being promoted and converting to a permanent role per my signed contract with Randstad IT Technology. VP-Paul Cavanaugh - Cursing, verbal/emotional abuse; loud threats and out of control behavior by Paul and his Scrum Master-Sherrie Finelle; Paul called me Racist Names; threaten me to leave the company. Paul Cavanaugh threatened employees that if they attend my training sessions or weekly MAC mtg they would be terminated. Victoria Strickland & Sai Ravishakar continually harassed me; told me that hated me and made an extremely hostile work environment. Victoria Strickland discriminated against me due to a lack of her own required skillset to work for CVS after Rajesh had officially hired me.   Victoria told me that because I did have the SAFe SPC 5 License I could not work or CVS; even though Victoria allowed additional Agile Coaches did not attain this SAFe SPC-5.1 License such as; (Agile Coach: Sai Ravishakar. In addition, Viswa Ramamoorthy, Supervisor kept threatening to fire me aloud in mtgs with Paul Cavanaugh and Dave Winters and Brandon; Dave Winters setup a private meeting with myself and Viswa Ramamoorthy and told Viswa that he needs him to help find any reason or accuse to terminate me; Dave Winters stated that I was an expert with my All of my Agile Certifications/Training Material so let's use a typo or anything else to terminate me or Dave Winters threatened to get Viswa and Rajesh Johnson terminated if they will not fire me because Dave Winters said he needed me to teach him how to do his job my Managing the Backend of the Rally Software project Portal.  Sherrie Finelle and Bridget were two female employees supporting VP Paul Cavanaugh by deliberately demanding that their Scrum Team Members do not attend or participate i sessions!  Sherrie Finelle and Bridget eventually apologize to Viswa Ramamoorthy and not (myself, worker being abused) that they do not normally demonstrated this type of racist and hatred behavior and they will stop abusing and mistreating. Ben Martin was very supportive in every meeting I hosted being led by my Direct Report: Rajesh Johnson.  Ben Martin told me that he would be a witness if I file charges.  Rajesh Johnson and his assistant Margaret Horn always encouraged me and said that I worked extremely hard in CVS but they both have to reach out to the CEO to block, lies and harassment from racist employees; like VP Paul Cavanaugh calling HR to terminate my contract. On Tuesday, February 28,2023; during my last work demonstration with RJ/Brandon/Victoria/Sai/DeAngelo/Iqbal; RJ chastised and rebuked Victoria and everyone else in that meeting for their unprofessional behavior after I successfully worked two years to support CVS reaching

their goal with Company-Wide Agile-Scrum/SAFe Training and hosting the weekly MAC-Medicaid Agile Council group created by Rajesh Johnson and Teresa Harris. RJ informed everyone in that meeting that he was getting ready to promote and bless me overwhelmingly and they all should be ashamed for their out of control behavior. However, on Friday, 03/03/2023 at 3:30pm-CST; I received a phone call from a Randstad IT Tech Representative (SAI) and he told me that I had to log off my CVS laptop by 5pm because I was no longer able to work at this company. I was just told to get out after I worked over 12 hours/per day and enduring unbearable suffering of threats, racism, name calling, humiliation, verbal/emotional abuse beyond imaginable. I recall one MAC weekly Tuesday meeting; Sherrie Finelle stated that no good would come to any of them trying to beat me down and it is VP Paul Cavanaugh who told her to behave in this matter. But we have to stop beating up this lady or no good would come to any of us and our families because she is a Woman of God. On 11/15/2023; when Randstad/CVS hired me at CVS; I already attained my Agile Coaching and Scrum Master Certificate License. Randstad-CVS Agile Coach job requirements did not require a SAFe SPC 5.1 Certificate License; however after the Director, Victoria Strickland, over the Agile Coaches rejected me after Rajesh Johnson had already hired me; I paid out of pocket high dollars fees and completed my SAFe 5.1 and SAFe 6.0 Agile Coach SPC Certificate License. In addition, to attaining a Bachelors, Computer Info Systems, Masters, Managing Info Systems, PhD, Organizational Management & Leadership, and my Agile Coach and Scrum Master Certificate licenses; I completed my SAFe Release Train Engineer, Product Manager, Product Owner & Lean Portfolio Manager Certificate Licenses thru Scaled Agile Framework, LLC. Victoria Strickland would call my home and tell me that she hates me and I think that I am better than her and Sai has a management style of abusing and mistreating people and if I did not like it; I need to quit and leave the company. Victoria Strictland, would public scream at me during the beginning of meetings as we all worked Remote; and while we were waiting for All attendees to join the meeting various attendees would state the forecast in their city; but if I attempted to open my mouth and join in and be apart of any conversation, Victoria Strickland would scream and holler at me on the call and say SHUTUP; WE DO NOT ALLOW YOU TO TALK IN OUR COMPANY UNLESS I SAY YOU CAN. YOU BETTER RAISE YOUR HAND IF YOU EVER WANT TO JOIN IN ANY CONVERSATION. Also, during a Company-Wide training session; the class attendees requested to know more about the SAFe SPC trainers and put a question on the floor: "Please tell us something remarkable that you have accomplished thus far in life"! I share that I attain a PhD after attending school day/night for 24 years and completing my PhD-Comps and Book Dissertation at the University of Alabama at Huntsville, Alabama. The next comment in the room, Victoria started screaming and yelling out that my eldest son still lives at home and he must be retarded or something and she ain't nothing and we don't like or want her here but she just works extremely hard day/night to keep her job. The next comment Sara shouted out; I have had enough of this horrible/wicked

abuse and this is just cruel and wrong to treat anybody and this must STOP or I am going to HR to report all of this foolishness. Shaik/Recruiter, Randstad – guaranteed me that I would be allowed Bench-Time Pay if my contract ended early thru their Ranstad IT Firm. However, SAI informed me on my last day, Friday, 3/3/23; that I would no longer receive any more payroll checks except for the end of that same day. Sai, Ranstad Recruiter promised that his direct report would get to the bottom of my impromptu termination because every week he privately reached out to Rajesh Johnson and was always told that I am doing an amazing job. However, he never called me back and changed his phone number when I kept trying to text him on updated status. I repeatedly applied for Agile Coach and All IT jobs that matched my resume thru Ranstad's Job Career Website but I never received any response on numerous jobs I continually applied for and I new I met the qualifications. Ranstad IT Tech Rep/Leaders, just dropped the ball even though Sai was very adamant that his Direct Report will not let this go until they find out what happened.

## Demand

1) Financial Compensation - Wrongful Termination, Racial Discrimination, Age/Color Discrimination, Religion/Retaliation, Sex 2) Financial Compensation - Emotional Stress; Verbal/Emotional/Mental Abuse,  3) Financial Compensation - I worked overtime/12 hours/per day and was only paid 8 hours/per day; creating daily training material and additional work duties. 11/15/2021 thru 03/02/2023.  4) Financial Compensation - Loss Wages-(Denied Promotion); Loss of Income; a) No job timeline; b) lower salary compared to new job; Medical Bills

**I am also seeking the following amount in monetary compensation: $$500,000.**

The Plaintiff wants a trial by jury.

## Administrative Procedure

I originally filed a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission in Kansas City, Ks Office or other federal agency on 08/15/2023. I signed the online US EEOC Form dated 09/22/2023 and I have received a Notice of Right to Sue Letter thru the online US-EEOC-Signed-09/29/2023.

Date: 12/14/2023

Teresa LaVerne Harris PhD
11901 E. 62nd Terrace
Kansas City, MO 64133
(816) 516-9315

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br><br>FEPA | Agency(ies) Charge No(s):<br><br>**563-2023-03472** |
|---|---|---|
| **Missouri Commission On Human Rights** | | and EEOC |
| *State or local Agency, if any* | | |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*<br><br>Dr. Teresa L. Harris | Home Phone<br><br>816-516-9315 | Year of Birth<br><br>1960 |
|---|---|---|
| Street Address<br><br>11901 E 62nd Terrace<br><br>KANSAS CITY, MO 64133 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name<br><br>CVS | No. Employees, Members<br><br>501+ Employees | Phone No. |
|---|---|---|
| Street Address<br><br>7001 N SCOTTSDALE RD<br><br>SCOTTSDALE, AZ 85253 | | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON<br><br>Age, Color, Race, Religion, Retaliation, Sex | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest: 11/15/2021    Latest: 03/03/2023 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent on or around November 21, 2021, and worked as a Sr. Agile Coach up until my discharge on March 3, 2023.

While employed by Respondent, I was subjected to racism, shouting, verbal harassment, threats and bullying. I was denied a promotion, racially discriminated against, and suffered verbal and emotional abuse. A group of white employees did not want me there and would say racial comments to me including calling me a black b*tch and the "N" word. I was made fun of because of my religious faith in the sense people would "I was woman of God" and "we don't give a damn; we don't want her here."

I was also told that because I did not have one of the highest STC scores, I could not work in a certain area. During a training I presented, I was told I was not wanted there, they did not like my agenda and white employees were discouraged from attending my training(s). There were also comments

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Dr. Teresa L. Harris**<br><br>09/22/2023<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br><br>FEPA | Agency(ies) Charge No(s):<br><br>**563-2023-03472** |
|---|---|---|

| **Missouri Commission On Human Rights** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

made about my disabled son. I was told by my supervisor that I was going to be blessed in the sense I'd be promoted, but that never happened for what I believe is due to my age.

For fear of retaliation and losing my job, I was afraid to say anything because I felt like the leadership stuck together and I didn't want to cause problems and lose my job, but I could only take so much. Respondent discharged me on March 3, 2023, ending my employment without giving me a reason for my termination. Being I am no longer employed by Respondent, I feel I need to speak out to expose how I was bullied and harassed while working there.

I believe I was discriminated against based on my race (Black), color (brown-skinned), sex (female), religion, and retaliation in violation of Title VII of The Civil Rights Act of 1964, as amended, along with my age (63), in violation of the Age Discrimination in Employment Act of 1967.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Dr. Teresa L. Harris**<br><br>09/22/2023<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Kansas City Area Office
400 State Ave, Suite 905
Kansas City, KS 66101
(913) 340-8810
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/30/2023

**To:** Dr. Teresa L. Harris
11901 E 62nd Terrace
Kansas City, MO 64133

Charge No: 563-2023-03472

EEOC Representative and email:     Paul Howard
Federal Investigator
paul.howard@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 563-2023-03472.

On behalf of the Commission,

Digitally Signed By: David Davis
09/30/2023
David Davis
District Director

**Cc:**
Kimberly Lawrence
One CVS Drive, MC 1160
Woonsocket, RI 02895


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request

Enclosure with EEOC Notice of Closure and Rights (01/22)

identifying your request as a "FOIA Request" for Charge Number 563-2023-03472 to the District Director at David Davis, 1222 Spruce St Rm 8 100

St Louis, MO 63103.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 563-2023-03472 to the District Director at David Davis, 1222 Spruce St Rm 8 100

St Louis, MO 63103.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.